# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

MEOISHA K. WILLIAMS,

    Plaintiff,

v.                                CASE NO. 5:11-cv-00327-MP-EMT

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

_____/

## **O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated October 29, 2012. (Doc. 14). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The time for filing objections has passed, and none have been filed.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is hereby **ORDERED AND ADJUDGED:**

1.     The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Pursuant to sentence four of 42 U.S.C. § 405(g), the decision of the Commissioner denying plaintiff's application for disability insurance and Supplemental Security Income benefits is REVERSED and this case is REMANDED for further proceedings consistent with the Report and Recommendation.

**DONE AND ORDERED** this  *13th* day of December, 2012

                     *s/Maurice M. Paul*
                     Maurice M. Paul, Senior District Judge